UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE D. SCHMIDT,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>STEADILY LLC,<br>CABRU TRANSPORT, INC., and<br>DAVID CHUNG,<br><br>                    Defendants. | 20 Civ. 3300 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The pretrial conference scheduled in this matter for February 3, 2021, at 10:00 a.m. will proceed telephonically. At 10:00 a.m. on February 3, 2021, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference line will not be available before 10:00 a.m.

SO ORDERED.

Dated:  January 28, 2021
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge