UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE D. SCHMIDT,<br><br>                          Plaintiff,<br><br>                -v.-<br><br>STEADILY LLC,<br>CABRU TRANSPORT, INC., and<br>DAVID CHUNG,<br><br>                          Defendants. | 20 Civ. 3300 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has been informed that mediation in this matter was unsuccessful. Accordingly, the parties are ORDERED to submit a joint status letter on or before **June 22, 2021**, informing the Court whether they anticipate motion practice or are ready to proceed towards trial, and if the latter, whether the parties would consent to the referral of the case for all purposes to the assigned Magistrate Judge. The parties may also bring other issues to the Court's attention as needed.

SO ORDERED.

Dated: June 15, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge